# AFFIDAVIT OF SERVICE

IN THE UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF INDIANA

Case #: 1:24-CV-336-JMS-TAB

**Ashley Kemps**

Plaintiff

vs.

**Alacrity Solutions Group, LLC**

Defendant

State of Indiana, County of Johnson SS:

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**SUMMONS, CIVIL COVER SHEET, AND COLLECTIVE ACTION COMPLAINT**

| | |
|---|---|
| PARTY SERVED: | **ALACRITY SOLUTIONS GROUP, LLC C/O CORPORATION SERVICE COMPANY, REGISTERED AGENT** |
| PERSON SERVED: | **ALICIA STEPHENS, OFFICE MANAGER** |
| METHOD OF SERVICE: | **Corporate -** By leaving copies with the person identified above, apparently in charge at the office or usual place of business. I informed him/her of the general nature of the papers. |
| DATE & TIME OF DELIVERY: | **03/27/2024 at 12:58 PM** |
| ADDRESS, CITY AND STATE: | **135 N PENNSYLVANIA ST., STE 1610, INDIANAPOLIS, IN 46204** |
| | Race: **White**  Sex: **Female**  Age: **45** |
| | Height: **5'5"**  Weight: **175**  Hair: **Gray**  Glasses: **No** |

SUBSCRIBED AND SWORN to before me on the 28th day of March, 2024.

_____  
NOTARY PUBLIC

AMY LYNN FORTUNE  
Notary Public, State of Indiana  
Johnson County  
Commission # 711595  
My Commission Expires  
March 18, 2026

I declare under penalties of perjury that the information contained herein is true and correct.

_____  
Ryan David Fortune

Attorneys Legal Services, Inc., 617 E Washington St #2, Orlando, FL 32801 (407) 839-4644

CLIENT: **Attorneys Legal Services, Inc.**  
FILE #: **2024001501**

Job #: **568658**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

ASHLEY KEMPS,
on behalf of herself and
those similarly situated,

*Plaintiff(s)*

v.

ALACRITY SOLUTIONS GROUP, LLC, a
Foreign Limited Liability Company,

*Defendant(s)*

Civil Action No. 1:24-cv-00336-JMS-TAB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ALACRITY SOLUTIONS GROUP, LLC
c/o Registered Agent: CORPORATION SERVICE COMPANY
135 North Pennsylvania Street, Suite 1610
Indianapolis, IN, 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew R. Gunter, Esq.
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
Orlando, FL 32801
Telephone: (407) 236-0946
Email: mgunter@forthepeople.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Roger A.G. Sharpe*

Date: 3/20/2024

BY: _____
*Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-cv-00336-JMS-TAB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: