UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ASHLEY KEMPS, on behalf of herself and those similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALACRITY SOLUTIONS GROUP, LLC, a Foreign Limited Liability Company,<br><br>　　　　Defendant. | Case No. 1:24-cv-00336-JMS-TAB |

**NOTICE OF UNOPPOSED AUTOMATIC INITIAL EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Southern District of Indiana Local Rule 6-1(a), defendant, Alacrity Solutions Group, LLC ("defendant"), by counsel, notify the Court of its need for an initial 28-day extension of time within which to respond to plaintiff Ashley Kemps' complaint. In support of their notice, defendant states as follows:

1. Plaintiff filed her complaint on February 22, 2024.

2. Summons was issued on March 20, 2024, and defendant was served with summons on March 27, 2024.

3. Counting from March 27, 2024, defendant's responsive pleading would be due on or before April 17, 2024.

4. Defendant is in the process of evaluating plaintiff's claims and needs additional time to do so before preparing its response.

5. On April 9, defendant's counsel confirmed with plaintiff's counsel that plaintiff has no objection to an initial enlargement of time of 28 days within which to respond to the complaint. This extension will make defendant's response due on or before May 15, 2024.　　　　.

1

132436286v1

6. Defendant's response deadline has not been previously extended.

7. This extension does not interfere with any scheduled hearings or case management deadlines.

THEREFORE, pursuant to Local Rule 6-1(a), defendant's response to plaintiff's complaint is now due on or before May 15, 2024.

Dated: April 10, 2024                             Respectfully submitted,

*s/ Michael C. Terrell*

Michael C. Terrell
mterrell@taftlaw.com
Melissa A. Macchia
mmacchia@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
(317) 713-3500

Andrew S. Murphy
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Dr., Suite 2800
Chicago, Illinois 60601
(312) 836-4145
amurphy@taftlaw.com

*Counsel for Defendant Alacrity Solutions Group, LLC*

**<u>Certificate of Service</u>**

I hereby certify that on April 10, 2024, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Michael C. Terrell*
Michael C. Terrell

132436286v1