UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ASHLEY KEMPS,
on behalf of herself and
those similarly situated,

       Plaintiff(s),               CASE NO.: 1:24−cv−00336−TAB-MPB

vs.

ALACRITY SOLUTIONS GROUP, LLC, a
Foreign Limited Liability Company,

       Defendant.       /

## **ORDER**

This matter comes before the Court on Joint Motion for Approval of Settlement and Dismissal [Docket Entry No. _____]. The Court, being duly advised, hereby **GRANTS** the parties Joint Motion for Approval of Settlement.

SO ORDERED:

Dated: _____                             _____
                                                    Tim A. Baker
                                                    United States Magistrate Judge
                                                    Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system