UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ASHLEY KEMPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-00336-TAB-MPB |
| | ) | |
| ALACRITY SOLUTIONS GROUP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON FAIRNESS HEARING REGARDING SETTLEMENT AGREEMENT**

The parties appeared by counsel February 21, 2025, for a fairness hearing regarding the proposed settlement in this matter. Counsel set forth the terms of the proposed settlement and answered the Court's questions regarding additional details. Counsel indicated the parties were in full agreement with the proposed settlement, and no one objected. For the reasons more fully set forth on the record, the Court finds the settlement is fair, reasonable, and adequate. Accordingly, the Court approves the parties' settlement. [Filing No. 50.] The parties shall file a stipulation of dismissal by February 28, 2025.

Date: 2/21/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via email