UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ASHLEY KEMPS,
on behalf of herself and
those similarly situated,

        Plaintiff(s),

vs.

ALACRITY SOLUTIONS GROUP, LLC, a
Foreign Limited Liability Company,

        Defendant.        /

CASE NO.: 1:24−cv−00336− TAB-MPB

**APPROVED.**

Tim A. Baker
U.S. Magistrate Judge
2/26/2025

## JOINT STIPULATION OF DISMISSAL

Plaintiffs, ASHLEY KEMPS, on behalf of herself and those similarly situated, and Defendant, ALACRITY SOLUTIONS GROUP, LLC (collectively "Parties"), by and through their counsel, by and through their undersigned counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) jointly stipulate to the dismissal of this case with prejudice, each party to bear its own costs.

Dated on February 25th, 2025. Respectfully submitted,

| | |
|---|---|
| */s/ Kimberly De Arcangelis* | s/ Michael C. Terrell |
| Kimberly De Arcangelis, Esq. | Michael C. Terrell |
| Bar No.: 0025871 | mterrell@taftlaw.com |
| Morgan & Morgan, P.A. | Melissa A. Macchia |
| 20 N. Orange Ave., 15th Floor | mmacchia@taftlaw.com |
| Orlando, FL 32801 | TAFT STETTINIUS & HOLLISTER LLP |
| Telephone: (407) 420-1414 | One Indiana Square, Suite 3500 |
| Facsimile: (407) 245-3383 | Indianapolis, IN 46204 |
| Email: KimD@ForThePeople.com | (317) 713-3500 |
| | |
| */s/ Matthew Gunter* | Andrew S. Murphy |
| Matthew Gunter, Esq. | TAFT STETTINIUS & HOLLISTER LLP |
| FL Bar No.: 0077459 | 111 E. Wacker Dr., Suite 2800 |
| *Admitted Pro Hac Vice* | Chicago, Illinois 60601 |
| Email: mgunter@forthepeople.com | (312) 836-4145 |
| | amurphy@taftlaw.com |